IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARTIN HUTSELL, | |
| Plaintiff, | Civ. No. 06-89-CO |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | **ORDER** |
| Defendant. | |

**PANNER, District Judge:**

Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Findings and Recommendation. I have, therefore, given this matter <u>de novo</u> review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

### CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#14) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 22 day of May, 2007.

/s/ Owen M. Panner

OWEN M. PANNER
U.S. DISTRICT JUDGE